**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC, | |
| Plaintiff, | Case No. 25-cv-12055 |
| v. | **Judge Robert W. Gettleman** |
| RONSU STAR, et al., | **Magistrate Judge Beth W. Jantz** |
| Defendants. | |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Xanadu Store | 8 |
| newgrillparts | 21 |
| plc-boutique | 29 |
| pxsunauto | 33 |
| richmeandyoucs | 37 |
| romanbestparts | 39 |
| romanparts02 | 40 |
| romanspareparts | 41 |
| seemotorautoes | 45 |
| Simeauto | 50 |
| TAUTOBAR | 55 |
| undergarage | 62 |
| USYEAHAUTOPARTS | 66 |
| vapourparts | 68 |

Dated this 6th day of November 2025.	Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*