IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>  Plaintiff,<br><br>v.<br><br>RONSU STAR, et al.,<br><br>  Defendants. | Case No. 25-cv-12055<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Beth W. Jantz** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Survalue | 4 |
| YEEGO DIRECT | 12 |
| zuntu US | 19 |
| office-onine | 24 |
| perfect1998 | 27 |
| redbaybay | 35 |
| shinyparts18 | 47 |
| shinyparts19 | 48 |
| shome-auto | 49 |
| Superfire_Offroad | 53 |
| Toyoton-shop | 60 |
| transformers_us | 61 |
| utvjatv-motor | 67 |
| Yeego Super Auto Modification | 76 |
| yeegolight | 77 |

Dated this 11th day of November 2025.	Respectfully submitted,

/s/ Berel Y. Lakovitsky
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*