**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

FCA US LLC

                                                   Plaintiff,

v.                                                     Case No.: 1:25−cv−12055

                                                          Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

    MINUTE entry before the Honorable Robert W. Gettleman: Agreed Motion For Entry Of A Consent Judgment As To Defendant sanmenxiawenlongshangmao [60] is granted. Enter consent judgment. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.