IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RONSU STAR, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-12055<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Beth W. Jantz** |

**FINAL JUDGMENT ORDER**

　　This action having been commenced by Plaintiff FCA US LLC ("Plaintiff" or "FCA") against the fully interactive e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendants shantoushijunweifengmaoyi (Def. No. 2), WheelX Shop (Def. No. 7), YIYU2024 (Def. No. 13), YSH Auto Parts (Def. No. 15), Niubillity (Def. No. 23), Panlongic (Def. No. 25), PP Auto Parts (Def. No. 31), QPCRauto (Def. No. 34), shinelightus (Def. No. 46), superpropulsion, ssspremeparts (Def. No. 52), (Def. No. 54), usonestep AutoParts (Def. No. 65), Velocar (Def. No. 69), Verycool Parts Store (Def. No. 70), welgaparts (Def. No. 71), WheelX (Def. No. 72), worthit-parts (Def. No. 73), and ZZZozoparts (Def. No. 80) (collectively, the "Defaulting Defendants");

　　This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and/or from U.S. bank accounts, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "FCA Trademarks") (a list of which is included in the chart below) to residents of Illinois.

| Registration Number | Trademark |
|---|---|
| 570186 | CHRYSLER |
| 1193586 | PLYMOUTH |
| 2861480 | 300C |
| 3941344 | (Chrysler wings logo) |
| 801717 | (Pentastar logo) |
| 1189233 | DODGE |
| 3538635 | CHALLENGER |
| 2985653 | CHARGER |
| 1800654 | VIPER |
| 4325240 | DART |

| | |
|---|---|
| 5839879 | SCAT PACK |
| 3264572 | SUPER BEE |
| 3098722 | SRT |
| 3209150 | R/T |
| 2999082 | |
| 5382204 | |
| 4831385 | |
| 4696903 | |
| 3264573 | |
| 2760226 | |
| 2994818 | |
| 3053379 | |
| 1741153 3018766 | HEMI |
| 2994481 2983053 | MOPAR |

| | |
|---|---|
| 383304 | MOPAR |
| 2919922 | [Mopar logo] |
| 3806969 | RAM |
| 3071692 | BIG HORN |
| 1973148 | LARAMIE |
| 4946811 | REBEL |
| 6289815 | TRX |
| 3160030 | [grille design] |
| 2970629 | [grille design] |
| 2593670 | [grille design] |
| 0526175<br>1130015<br>1134153<br>1236540<br>2512866<br>2849309<br>4091155 | JEEP |
| 1557843 | WRANGLER |
| 4518178 | CHEROKEE |
| 1415771 | RENEGADE |
| 2666854 | RUBICON |
| 6992182 | [Jeep with paw prints logo] |
| 4272873 | [Jeep silhouette] |
| 2975740 | [Trail Rated 4x4 badge] |

| | |
|---|---|
| 1170088 | |
| 3199299 | |
| 4043984 | |
| 2924936 | |
| 2794553 | |
| 1433760<br>2732021 | |
| 2823099 | |
| 2764249 | |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

5

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the FCA Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine FCA product or not authorized by Plaintiff to be sold in connection with the FCA Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine FCA product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the FCA Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing FCA Trademarks and damaging Plaintiff's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the FCA Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace

    platforms such as Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), PayPal, Inc. ("PayPal"), WhaleCo Inc. ("Temu") and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers") shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the FCA Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit FCA Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

4. Plaintiff may serve this Order on the Third Party Providers by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any of the Third Party Providers holding funds for Defaulting Defendants shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or the Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by the Third Party Providers are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to them by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers shall within seven (7) calendar days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits to the Declaration of Thomas H. Hipelius, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibits to the Declaration of Thomas H. Hipelius and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to

return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Defaulting Defendants.

DATED: November 25, 2025

                                              Robert W. Gettleman
                                              United States District Judge

FCA US LLC v. Ronsu Star, et al. - Case No. 25-cv-12055

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=AIZO1ALNC83LB | Ronsu Star |
| 2 | EXCEPTED | EXCEPTED |
| 3 | amazon.com/sp?seller=A37FYM79OOQTRY | shanxifushanzhuangshiyouxiangongsi |
| 4 | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED |
| 6 | amazon.com/sp?seller=A1E5YLR8VDJ7A | Vifya |
| 7 | EXCEPTED | EXCEPTED |
| 8 | DISMISSED | DISMISSED |
| 9 | amazon.com/sp?seller=AZZ34JIJ5OOLP | XSHILII |
| 10 | amazon.com/sp?seller=A30J45O4VRYTL3 | yangjiashaohe |
| 11 | amazon.com/sp?seller=ADPNWGKT88UP8 | yangyanyan shop |
| 12 | DISMISSED | DISMISSED |
| 13 | EXCEPTED | EXCEPTED |
| 14 | DISMISSED | DISMISSED |
| 15 | EXCEPTED | EXCEPTED |
| 16 | amazon.com/sp?seller=A37BIL11AQN4LA | ZCUWET |
| 17 | amazon.com/sp?seller=A1OOMSRU2LTEEM | Zhuozhi-87 Trading Co Ltd |
| 18 | amazon.com/sp?seller=A2I064632HMMW9 | ZR autostore |
| 19 | DISMISSED | DISMISSED |
| 20 | ebay.com/usr/newairflowparts | newairflowparts |
| 21 | DISMISSED | DISMISSED |
| 22 | ebay.com/usr/newinjectorsparts | newinjectorsparts |
| 23 | EXCEPTED | EXCEPTED |
| 24 | DISMISSED | DISMISSED |
| 25 | EXCEPTED | EXCEPTED |
| 26 | ebay.com/usr/parttingtrade | parttingtrade |
| 27 | DISMISSED | DISMISSED |
| 28 | ebay.com/usr/linto566 | pickupemblems01 |
| 29 | DISMISSED | DISMISSED |
| 30 | ebay.com/usr/powersports_autoparts | powersports_autoparts |
| 31 | EXCEPTED | EXCEPTED |
| 32 | ebay.com/usr/precisioncarparts567 | precisioncarparts567 |
| 33 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 34 | EXCEPTED | EXCEPTED |
| 35 | DISMISSED | DISMISSED |
| 36 | ebay.com/usr/retrofit-style | retrofit-style |
| 37 | DISMISSED | DISMISSED |
| 38 | ebay.com/usr/foedorautoman | RockyMan Auto Parts |
| 39 | DISMISSED | DISMISSED |
| 40 | DISMISSED | DISMISSED |
| 41 | DISMISSED | DISMISSED |
| 42 | ebay.com/usr/royal-autoparts | royal-autoparts |
| 43 | ebay.com/usr/ruguodangshi | ruguodangshi |
| 44 | ebay.com/usr/sds34195 | sds34195 |
| 45 | DISMISSED | DISMISSED |
| 46 | EXCEPTED | EXCEPTED |
| 47 | DISMISSED | DISMISSED |
| 48 | DISMISSED | DISMISSED |
| 49 | DISMISSED | DISMISSED |
| 50 | DISMISSED | DISMISSED |
| 51 | ebay.com/usr/sm_autopartsfty-234 | SM_AUTOPARTSFTY-234 |
| 52 | EXCEPTED | EXCEPTED |
| 53 | DISMISSED | DISMISSED |
| 54 | EXCEPTED | EXCEPTED |
| 55 | DISMISSED | DISMISSED |
| 56 | ebay.com/usr/tech_auto_parts | Tech_auto_parts |
| 57 | ebay.com/usr/tianxin-09 | tianxin-09 |
| 58 | ebay.com/usr/topauto-parts | topauto-parts W |
| 59 | ebay.com/usr/topautostore | topautostore |
| 60 | DISMISSED | DISMISSED |
| 61 | DISMISSED | DISMISSED |
| 62 | DISMISSED | DISMISSED |
| 63 | ebay.com/usr/upgoodlights | upgoodlights |
| 64 | ebay.com/usr/us-motorsportltd | us-motorsportltd |
| 65 | EXCEPTED | EXCEPTED |
| 66 | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED |
| 68 | DISMISSED | DISMISSED |
| 69 | EXCEPTED | EXCEPTED |
| 70 | EXCEPTED | EXCEPTED |
| 71 | EXCEPTED | EXCEPTED |
| 72 | EXCEPTED | EXCEPTED |
| 73 | EXCEPTED | EXCEPTED |
| 74 | ebay.com/usr/wsxg-27 | wsxg-27 |

| | | |
|---|---|---|
| 75 | DISMISSED | DISMISSED |
| 76 | DISMISSED | DISMISSED |
| 77 | DISMISSED | DISMISSED |
| 78 | ebay.com/usr/zc789my | zc789my |
| 79 | ebay.com/usr/zhoumi15_10 | zhoumi15_10 |
| 80 | EXCEPTED | EXCEPTED |
| 81 | temu.com/m-634418218739823.html | ShopLF |
| 82 | temu.com/m-634418223603696.html | TuArtsArousal |
| 83 | temu.com/m-634418220399929.html | Umin Studio local |
| 84 | temu.com/m-634418224401572.html | XiXiMli |
| 85 | walmart.com/seller/102775278 | sanmenxiatongshuang |
| 86 | SUBJECT TO MOTION [60] | SUBJECT TO MOTION [60] |
| 87 | walmart.com/seller/102834134 | SHU XU |
| 88 | walmart.com/seller/102811668 | SwiftStart Consultancy |
| 89 | walmart.com/seller/102722868 | SZKCKJLLC |
| 90 | walmart.com/seller/101292538 | Tongjie |
| 91 | walmart.com/seller/102638348 | tuopu autoparts |
| 92 | walmart.com/seller/102876686 | Whimsy Workshop. |
| 93 | DISMISSED | DISMISSED |
| 94 | walmart.com/seller/101661527 | YcelecShop |
| 95 | walmart.com/seller/102906540 | YouMingChen |